[No. 58215-1-I. Division One. April 23, 2007.]

JOHN GUYDISH ET AL., *Appellants*, v. UNITED STATES BAKERY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-14348-2, Richard A. Jones, J., entered April 14, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Cox, JJ.

[No. 58248-8-I. Division One. April 23, 2007.]

RETAIL DRUG EMPLOYEES WELFARE PENSION TRUST, *Appellant*, v. HARBORS HOME HEALTH & HOSPICE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-15411-0, Dean Scott Lum, J., entered April 19, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Becker, JJ.

[No. 58257-7-I. Division One. April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE ARVELLA FARMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12296-6, Michael Hayden, J., entered May 5, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58363-8-I. Division One. April 23, 2007.]

TODD GIBSON ET AL., *Appellants*, v. FARMERS INSURANCE COMPANY OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-02003-2, Bruce W. Hilyer, J., entered June 8, 2006. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Cox and Dwyer, JJ.